**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6535**

---

LARRY LAMONT BUSH,

Plaintiff - Appellant,

versus

JACK KAVANAUGH, Commissioner; RONALD
HUTCHINSON, Warden; SEWALL B. SMITH, Warden;
BERNARD FORD, Captain; JAKE SUTTON, Sergeant;
R. EULISS, Captain,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-02-
3780-AMD)

---

Submitted: September 1, 2004    Decided: September 28, 2004

---

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Larry Lamont Bush, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane Weber, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Lamont Bush appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bush v. Kavanaugh, No. CA-02-3780-AMD (D. Md. Mar. 4, 2004). We grant the motion to submit on the informal briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED